JS-6

# UNITED STATES DISTRICT COURT

# FOR THE CENTRAL DISTRICT OF CALIFORNIA

HOVHANNES ASVADUROV,

Petitioner,

v.

TODD BLANCHE, ACTING ATTORNEY OF THE UNITED STATES, ET AL.,

Respondents.

No. 2:26-cv-01128-SK

**STIPULATED ORDER REMANDING CASE TO UNITED STATES CITIZENSHIP AND IMMIGRATION SERVICES AND DISMISSING ACTION WITHOUT PREJUDICE**

The Court has considered the parties' Stipulation to Remand Case to United States Citizenship and Immigration Services and to dismiss action without prejudice. With good cause showing, IT IS HEREBY ORDERED:

1.     Petitioner Hovhannes Asvadurov's Application for Naturalization is REMANDED for adjudication to United States Citizenship and Immigration Services ("USCIS"). USCIS shall take any and all necessary actions to adjudicate Plaintiff's N-400 Application for Naturalization and issue a decision within 45 days after entry of this order of remand.

2.     For purposes of this Order, this time frame is limited to the decision by USCIS on Petitioner Hovhannes Asvadurov's Application for Naturalization, and it does not include any subsequent administrative appeal Petitioner may ultimately file (pursuant to 8 C.F.R. § 336.2) in the event the Application is denied.

3.     If USCIS does not issue a decision on Petitioner's Application for Naturalization within 45 days after entry of the Court's remand order, Respondents will not oppose any request by Petitioner to this Court to vacate the remand order and thereby

1

re-assert jurisdiction over Petitioner's action pursuant to 8 U.S.C. § 1447(b).

4.    This action is DISMISSED without prejudice.

Dated: May 7, 2026

HONORABLE STEVE KIM
UNITED STATES MAGISTRATE JUDGE

2